CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 03 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| RETHA M. PLAGEMAN,<br><br>        *Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>        *Defendant.* | CIVIL ACTION NO. 3:04-CV-00034<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

  By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on November 15, 2004, recommending that this Court enter an Order remanding this case to the Commissioner for further proceedings. Upon remand, the Magistrate's Report recommended the Commissioner clarify any ambiguity in the record concerning the degree to which Plaintiff's impairments impact her work-related activity. The Magistrate's Report also recommended that the order of remand should direct that, in the event the Commissioner cannot grant benefits on the current record, she is to recommit the case to an Administrative Law Judge ("ALJ") to conduct supplemental proceedings in which both sides may introduce additional evidence.

  For the reasons set forth in the accompanying Memorandum Opinion, it is this day

ORDERED that the Report and Recommendation of the United States Magistrate Judge filed November 15, 2004, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: *Norman K. Moon*
U.S. District Court Judge

DATE: June 3, 2005