CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 04 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| RETHA PLAGEMAN, *Plaintiff,* <br><br> v. <br><br> JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, *Defendant* | CIVIL NO. 3:04cv00034 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition as to Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S.C. §406(b). The Magistrate filed a Report and Recommendation ("Report") on December 8, 2006 (docket entry no. 17), and recommended that this Court enter an order awarding plaintiff's counsel, Bruce K. Billman, Eight Thousand Four Hundred Sixty-Eight and 75/100 dollars ($8,468.75) in fees under the Social Security Act.

After a review of record, and no objection having been filed to the Report, this Court hereby ORDERS that the Report shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _Norman K. Moon_
United States District Judge

_January 4, 2007_
Date